UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY HALLOWELL<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.; JANE DOE, an individual<br><br>Defendants. | NO. 2:16-cv-00972-TSZ<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND PRETRIAL DATES |

## I.  STIPULATION AND MOTION

1. Subject to the Court's availability and approval, Plaintiff and Defendant Safeway, Inc., by their undersigned counsel, hereby stipulate and agree that the trial in this matter should be continued until **April 16, 2018** and below-listed pre-trial deadlines and activities in this case, including but not limited to pending discovery deadlines, should be continued accordingly.

2. The parties respectfully request that the Trial and Pre-Trial Dates be set out in the Court's September 21, 2016 Minute Order (Docket 7) and Court's February 27, 2017 Minute Order (Docket 13) be amended as follows:

STIPULATED MOTION AND ORDER
TO CONTINUE TRIAL AND PRETRIAL DATES - 1
(2:16-cv-00972)

6047741.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | |
|---|---|
| JURY TRIAL 7 Days | April 16, 2018 |
| Disclosure of Expert Testimony under FRCP 26(a)(2) | September 19, 2017 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | September 19, 2017 |
| Discovery Completed by | January 2, 2018 |
| All dispositive motions must be filed by<br><br>and noted on the motion calendar no later than the forth Friday thereafter (see LCR 7(d)) | January 18, 2018 |
| All motions in limine must be filed by<br><br>and noted on the motion calendar no later than the Friday before Pretrial Conference, (See LCR 7(d)(4)) | March 15, 2018 |
| Agreed pretrial order due | March 29, 2018 |
| Trial briefs, proposed voir dire questions and jury instructions | March 29, 2018 |
| **Pretrial Conference to be held at 2:00PM on** | **April 6, 2018** |

WILLIAMS, KASTNER & GIBBS, PLLC

By  s/_____
    Rodney L. Umberger, Jr., WSBA #24948
    Sarah Stephens Visbeek, WSBA #44016

601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: rumberger@williamskastner.com
       svisbeek@williamskastner.com

Attorneys for Defendant, Safeway, Inc.

J.D. SMITH, WARD SMITH PLLC

By  s/_____
    J.D. Smith, WSBA #28246

1000 2nd Avenue, Suite 4050
Seattle, Washington 98104
Phone: (206) 588-8530
Fax: (206) 588 - 8531
Email: jd@wardsmithlaw.com


Attorney for Plaintiff

STIPULATED MOTION AND ORDER
TO CONTINUE TRIAL AND PRETRIAL DATES - 2
(2:16-cv-00972)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6047741.1

## II. ORDER

The parties' stipulated motion to continue, docket no. 15, is GRANTED.

IT IS SO ORDERED.

DATED this 27th day of April, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Presented By:

WILLIAMS, KASTNER & GIBBS, PLLC

By  s/
    Rodney L. Umberger, Jr., WSBA #24948
    Sarah Stephens Visbeek, WSBA #44016

601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: rumberger@williamskastner.com
       svisbeek@williamskastner.com

Attorneys for Defendant, Safeway, Inc.

Approved as to form, Notice of Presentation waived

J.D. SMITH, WARD SMITH PLLC

By  s/
    J.D. Smith, WSBA #28246

1000 2nd Avenue, Suite 4050
Seattle, Washington 98104
Phone: (206) 588-8530
Fax: (206) 588 - 8531
Email: jd@wardsmithlaw.com

Attorney for Plaintiff

STIPULATED MOTION AND ORDER
TO CONTINUE TRIAL AND PRETRIAL DATES - 3
(2:16-cv-00972)

6047741.1