Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY HALLOWELL<br><br>        Plaintiff,<br><br>    v.<br><br>SAFEWAY, INC.; JANE DOE, an individual<br><br>        Defendants. | NO. 2:16-cv-00972-TSZ<br><br>STIPULATION AND ORDER REGARDING PLAINTIFF'S MEDICAL EXAMINATION PURSUANT TO FRCP 35; ORDER RE: PLAINTIFF'S MEDICAL EXAMINATION<br><br>IME Date: September 14, 2017 |

## I.    STIPULATION AND MOTION

IT IS HEREBY STIPULATED by and between Plaintiff MARY HALLOWELL ("Plaintiff") and Defendant SAFEWAY, INC. ("Defendant"), by and through their respective counsel, that Plaintiff will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. Said examination will take place on **September 14, 2017** and will be conducted by Michael Hatzakis, M.D. commencing at 10:00 a.m. at Overlake Medical Clinics located at 1740 NW Maple St., Ste 111, Issaquah, WA 98027.

This examination will be conducted for the purposes of determining the nature and extent of Plaintiff's physical injuries and the relationship thereof to the incident which is the subject of this litigation (administration of an influenza vaccine), and will consist of all

STIPULATION AND ORDER REGARDING PLAINTIFF'S
MEDICAL EXAMINATION PURSUANT TO FRCP 35; ORDER RE:
PLAINTIFF'S MEDICAL EXAMINATION - 1
(2:16-cv-00972)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6195639.1

necessary and customary activities required to make such a determination, including but not limited to medical history, radiographic studies, history of the incident in question, and physical examination and evaluation. Photographs of Plaintiff's alleged injuries may be taken for use at trial.

IT IS FURTHER STIPULATED that Defendant will provide Plaintiff a copy of a detailed written report setting out the history, examinations, findings, including the results of all tests made, diagnoses, prognoses, and conclusions of the examiner, Dr. Michael Hatzakis, within 10 days upon Defendant's receipt of the same.

Dated this 11th day of September, 2017

| WILLIAMS, KASTNER & GIBBS, PLLC | J.D. SMITH, WARD SMITH PLLC |
|---|---|
| By *s/Anne M. Loucks*<br>Rodney L. Umberger, Jr., WSBA #24948<br>Anne M. Loucks, WSBA #32739 | By *s/J.D. Smith*<br>J.D. Smith, WSBA #28246 |
| 601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Fax: (206) 628-6611<br>Email: rumberger@williamskastner.com<br>aloucks@williamskastner.com | 1000 2nd Avenue, Suite 4050<br>Seattle, Washington 98104<br>Phone: (206) 588-8530<br>Fax: (206) 588 - 8531<br>Email: jd@wardsmithlaw.com |
| Attorneys for Defendant, Safeway, Inc. | Attorney for Plaintiff |

STIPULATION AND ORDER REGARDING PLAINTIFF'S MEDICAL EXAMINATION PURSUANT TO FRCP 35; ORDER RE: PLAINTIFF'S MEDICAL EXAMINATION - 2
(2:16-cv-00972)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6195639.1

## II. ORDER

Pursuant to the parties' September 11, 2017 stipulation, the Court finds good cause to order a Rule 35 examination pursuant to the parties' stipulated terms.

IT IS SO ORDERED.

DATED this 13th day of September, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented By:

WILLIAMS, KASTNER & GIBBS, PLLC

By  *s/Anne M. Loucks*
    Rodney L. Umberger, Jr., WSBA #24948
    Anne M. Loucks, WSBA #32739

601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: rumberger@williamskastner.com
       aloucks@williamskastner.com

Attorneys for Defendant, Safeway, Inc.

STIPULATION AND ORDER REGARDING PLAINTIFF'S MEDICAL EXAMINATION PURSUANT TO FRCP 35; ORDER RE: PLAINTIFF'S MEDICAL EXAMINATION - 3
(2:16-cv-00972)

6195639.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1 | Approved as to form, Notice of Presentation waived
2 | J.D. SMITH, WARD SMITH PLLC
3 |
4 | By  *s/J.D. Smith*
    |     J.D. Smith, WSBA #28246
5 |
6 | 1000 2nd Avenue, Suite 4050
    | Seattle, Washington 98104
    | Phone: (206) 588-8530
7 | Fax: (206) 588 - 8531
    | Email: jd@wardsmithlaw.com
8 |
9 | Attorney for Plaintiff

STIPULATION AND ORDER REGARDING PLAINTIFF'S MEDICAL EXAMINATION PURSUANT TO FRCP 35; ORDER RE: PLAINTIFF'S MEDICAL EXAMINATION - 4
(2:16-cv-00972)

6195639.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600